# **EXHIBIT 1**

Gregory J. Pascale, Esquire
ID No. 46154
NEEDLE LAW, PC
240 Penn Avenue
Scranton, PA 18503
570-344-1266                                             Attorney for Plaintiff

| | |
|---|---|
| **LUIS MERCADO**, as Administrator of the Estate of **ANA ABREU**, deceased<br>8413 259th Street<br>Floral Park, NY 11001<br>      Plaintiff<br>   vs. | : IN THE COURT OF COMMON PLEAS<br>:<br>: OF LACKAWANNA COUNTY<br>:<br>:<br>: |
| **UGI UTILITIES, INC.**<br>1 UGI Drive<br>Denver, PA 17517 | : JURY TRIAL DEMANDED<br>:<br>: CIVIL ACTION LAW |
| And | : |
| **LEEWARD CONSTRUCTION, INC.**<br>239 Golf Hill Road<br>Honesdale, PA 18431 | : 2022 CIVIL 5250 |
| And | : |
| **QUALITY INTEGRATED SERVICES, INC.**<br>P.O. Box 1950<br>2309 North Lelia<br>Guymon, OK 73942<br>      Defendants | :<br>:<br>: |

## PRAECIPE FOR WRIT OF SUMMONS

**TO THE CLERK OF JUDICIAL RECORDS:**

Please issue a Writ of Summons in the above captioned case.

NEEDLE LAW, P.C.

_____
Gregory J. Pascale, Esquire
Nicholas S. Mattise, Esquire
Attorneys for Plaintiff

## SUMMONS IN CIVIL ACTION

To: **UGI Utilities, Inc.,** 1 UGI Drive, Denver PA 17517.

**Leeward Construction, Inc.,** 239 Golf Hill Road, Honesdale, PA 18431

**Quality Integrated Services, Inc.,** P.O. Box 1950, 2309 North Lelia, Guymon Oklahoma 73942.

You are notified that the Plaintiff, **Luis E. Mercado,** as Administrator of the Estate of **Ana Abreu**, deceased, 8413 259th Street, Floral Park, NY 11001, has commenced an action against you.

_____
Clerk of Judicial Records

Date: DEC 19 2022

BY: _____
Deputy

Gregory J. Pascale, Esquire
ID No. 46154
NEEDLE LAW, PC
240 Penn Avenue
Scranton, PA 18503
570-344-1266                                            <u>Attorney for Plaintiff</u>

| | |
|---|---|
| **LUIS MERCADO**, as Administrator of the Estate of **ANA ABREU**, deceased<br>8413 259th Street<br>Floral Park, NY 11001<br>        Plaintiff<br>   vs.<br><br>**UGI UTILITIES, INC.**<br>1 UGI Drive<br>Denver, PA 17517<br><br>And<br><br>**LEEWARD CONSTRUCTION, INC.**<br>239 Golf Hill Road<br>Honesdale, PA 18431<br><br>And<br><br>**QUALITY INTEGRATED SERVICES, INC.**<br>P.O. Box 1950<br>2309 North Lelia<br>Guymon, OK 73942<br>        Defendants | : IN THE COURT OF COMMON PLEAS<br>:<br>: OF LACKAWANNA COUNTY<br>:<br>:<br>:<br>:<br>:<br>: JURY TRIAL DEMANDED<br>:<br>: CIVIL ACTION LAW<br>:<br>:<br>:<br>:<br>: 2022 CIVIL<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

**CERTIFICATE OF COMPLIANCE**

I certify that this filing complies with the provision of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents

Dated this  19th  day of  December , 2022.

Respectfully submitted,

_____
Gregory J. Pascale, Esquire
Nicholas S. Mattise, Esquire
Attorneys for Plaintiff

**EXHIBIT 2**

Gregory J. Pascale, Esquire
ID No. 46154
NEEDLE LAW, PC
240 Penn Avenue
Scranton, PA 18503
570-344-1266                                         Attorney for Plaintiff

| | |
|---|---|
| **LUIS MERCADO**<br>8413 259th Street<br>Floral Park, NY 11001<br>Plaintiff<br>vs. | : IN THE COURT OF COMMON PLEAS<br>: OF LACKAWANNA COUNTY<br>:<br>:<br>: |
| **UGI UTILITIES, INC.**<br>1 UGI Drive<br>Denver, PA 17517 | : JURY TRIAL DEMANDED<br>:<br>: CIVIL ACTION LAW |
| And | : |
| **LEEWARD CONSTRUCTION, INC.**<br>239 Golf Hill Road<br>Honesdale, PA 18431 | : 2022 CIVIL 5251 |
| And | : |
| **QUALITY INTEGRATED SERVICES, INC.**<br>P.O. Box 1950<br>2309 North Lelia<br>Guymon, OK 73942<br>Defendants | : |

### PRAECIPE FOR WRIT OF SUMMONS

**TO THE CLERK OF JUDICIAL RECORDS:**

Please issue a Writ of Summons in the above captioned case.

NEEDLE LAW, P.C.

Gregory J. Pascale, Esquire
Nicholas S. Mattise, Esquire
Attorneys for Plaintiff

## SUMMONS IN CIVIL ACTION

To: **UGI Utilities, Inc.,** 1 UGI Drive, Denver PA 17517.

**Leeward Construction, Inc.,** 239 Golf Hill Road, Honesdale, PA 18431

**Quality Integrated Services, Inc.,** P.O. Box 1950, 2309 North Lelia, Guymon Oklahoma 73942.

You are notified that the Plaintiff, Luis E. Mercado, 8413 259th Street, Floral Park, NY 11001, has commenced an action against you.

_Marni B. Kelly_
Clerk of Judicial Records

Date: DEC 19 2022     BY: _____
                          Deputy

Gregory J. Pascale, Esquire
ID No. 46154
NEEDLE LAW, PC
240 Penn Avenue
Scranton, PA 18503
570-344-1266                                    __Attorney for Plaintiff__

| | |
|---|---|
| **LUIS MERCADO** | : IN THE COURT OF COMMON PLEAS |
| 8413 259th Street | : OF LACKAWANNA COUNTY |
| Floral Park, NY 11001 | : |
|       Plaintiff | : |
|    vs. | : |
| | : |
| **UGI UTILITIES, INC.** | : JURY TRIAL DEMANDED |
| 1 UGI Drive | : |
| Denver, PA 17517 | : CIVIL ACTION LAW |
| | : |
| And | : |
| | : |
| **LEEWARD CONSTRUCTION, INC.** | : |
| 239 Golf Hill Road | : 2022 CIVIL |
| Honesdale, PA 18431 | : |
| | : |
| And | : |
| | : |
| **QUALITY INTEGRATED SERVICES, INC.** | : |
| P.O. Box 1950 | : |
| 2309 North Lelia | : |
| Guymon, OK 73942 | : |
|       Defendants | : |

## CERTIFICATE OF COMPLIANCE

I certify that this filing complies with the provision of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents

Dated this 19th day of December, 2022.

Respectfully submitted,

_____
Gregory J. Pascale, Esquire
Nicholas S. Mattise, Esquire
Attorneys for Plaintiff

**EXHIBIT 3**

Gregory J. Pascale, Esquire
ID No. 46154
NEEDLE LAW, PC
240 Penn Avenue
Scranton, PA 18503
570-344-1266                                             Attorney for Plaintiff

| | |
|---|---|
| **JOBANNI PERALTA** | : IN THE COURT OF COMMON PLEAS |
| 2233 Sedgwick Avenue, Apt. 2 | : OF LACKAWANNA COUNTY |
| Bronx, NY 10468 | : |
| Plaintiff | : |
| vs. | : |
| | : |
| **UGI UTILITIES, INC.** | : JURY TRIAL DEMANDED |
| 1 UGI Drive | : |
| Denver, PA 17517 | : CIVIL ACTION LAW |
| | : |
| And | : |
| | : |
| **LEEWARD CONSTRUCTION, INC.** | : |
| 239 Golf Hill Road | : 2022 CIVIL 5252 |
| Honesdale, PA 18431 | : |
| | : |
| And | : |
| | : |
| **QUALITY INTEGRATED SERVICES, INC.** | : |
| P.O. Box 1950 | : |
| 2309 North Lelia | : |
| Guymon, OK 73942 | : |
| Defendants | : |

## PRAECIPE FOR WRIT OF SUMMONS

TO THE CLERK OF JUDICIAL RECORDS:

Please issue a Writ of Summons in the above captioned case.

NEEDLE LAW, P.C.

*/s/ Gregory J. Pascale*

Gregory J. Pascale, Esquire
Nicholas S. Mattise, Esquire
Attorneys for Plaintiff

## SUMMONS IN CIVIL ACTION

To: **UGI Utilities, Inc.,** 1 UGI Drive, Denver PA 17517.

**Leeward Construction, Inc.,** 239 Golf Hill Road, Honesdale, PA 18431

**Quality Integrated Services, Inc.,** P.O. Box 1950, 2309 North Lelia, Guymon Oklahoma 73942.

You are notified that the Plaintiff, **Jobanni Peralta,** 2233 Sedgwick Avenue, Apt. 2, Bronx, NY 10768, has commenced an action against you.

_____
Marni B. Kelly
Clerk of Judicial Records

Date: DEC 19 2022        BY: _____
                                              Deputy

Gregory J. Pascale, Esquire
ID No. 46154
NEEDLE LAW, PC
240 Penn Avenue
Scranton, PA 18503
570-344-1266                                                            Attorney for Plaintiff

| | |
|---|---|
| **JOBANNI PERALTA** : | IN THE COURT OF COMMON PLEAS |
| 2233 Sedgwick Avenue, Apt. 2 : | OF LACKAWANNA COUNTY |
| Bronx, NY 10468 : | |
| Plaintiff : | |
| vs. : | |
| : | |
| **UGI UTILITIES, INC.** : | JURY TRIAL DEMANDED |
| 1 UGI Drive : | |
| Denver, PA 17517 : | CIVIL ACTION LAW |
| : | |
| And : | |
| : | |
| **LEEWARD CONSTRUCTION, INC.** : | |
| 239 Golf Hill Road : | 2022 CIVIL |
| Honesdale, PA 18431 : | |
| : | |
| And : | |
| : | |
| **QUALITY INTEGRATED SERVICES, INC.** : | |
| P.O. Box 1950 : | |
| 2309 North Lelia : | |
| Guymon, OK 73942 : | |
| Defendants : | |

**CERTIFICATE OF COMPLIANCE**

I certify that this filing complies with the provision of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents

Dated this 19th day of December, 2022.

Respectfully submitted,

_____
Gregory J. Pascale, Esquire
Nicholas S. Mattise, Esquire
Attorneys for Plaintiff