THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LUIS MERCADO, as administrator of the Estate of Ana Abreu, deceased | : : : |
| Plaintiff, | : |
| v. | : 3:22-CV-2067 |
| | : (JUDGE MARIANI) |
| UGI UTILITIES, INC., et al., | : |
| Defendants. | : |

## ORDER

**AND NOW, THIS** \_\_\_1st\_\_\_ **DAY OF MARCH, 2023**, for the reasons set forth in the Court's accompanying memorandum opinion, **IT IS HEREBY ORDERED THAT:**

1. The "Motion for Remand due to Lack of Subject Matter Jurisdiction" (Doc. 2) by Plaintiff Luis Mercado, as administrator of the Estate of Ana Abreu, deceased, is **GRANTED**.

2. The above-captioned action is **REMANDED** to the Court of Common Pleas of Lackawanna County.

3. The Clerk of Court is directed to **CLOSE** the federal action.

4. The Clerk of Court is directed to mail a certified copy of this order of remand to the Clerk of the Court of Common Pleas of Lackawanna County.

Robert D. Mariani
United States District Judge